IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAWRENCE E. COLEMAN                                                      PLAINTIFF

VS.                           CASE NO. 07-CV-1006

SHERIFF JAMES ROBINSON;
JAIL ADMINISTRATOR DAVID
OLIVER; and JAILER WILLIE REED                                           DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed herein on July 23, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 30). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Defendants' Motion for Summary Judgment (Doc. No. 21) should be and hereby is **denied**.

IT IS SO ORDERED, this 12th day of August, 2008.

                                                /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge