IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAWRENCE E. COLEMAN                                                                PLAINTIFF

VS.                                          CASE NO. 07-CV-1006

SHERIFF JAMES ROBINSON;
JAIL ADMINISTRATOR DAVID
OLIVER; and JAILER WILLIE REED                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on January 22, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 37). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff Lawrence E. Coleman's Complaint should be and hereby is dismissed on the ground that he has failed to obey an order of this Court and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 10th day of February, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge